NUMBER 13-07-232-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS


 

CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


SCOTT PHILIP SANDIDGE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

______________________________________________________________


On appeal from the 221st District Court 


of Montgomery County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, Scott Philip Sandidge, filed a notice of appeal challenging his conviction
for indecency of a child. By order signed January 3, 2008, the trial court granted
appellant's motion for new trial.

 When the trial court grants a motion for new trial, it restores the case to its position
before the former trial. See Tex. R. App. P. 21.9(b). Because there is no conviction to be
appealed, we have no jurisdiction to consider this appeal. See Waller v. State, 931 S.W.2d
640, 643-44 (Tex. App.-Dallas 1996, no pet.).

 The Court, having examined and fully considered the documents on file and the trial
court's order granting a new trial, is of the opinion that the appeal should be dismissed for
want of jurisdiction. See id. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 6th day of March, 2008.